IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,　　　　　　　21-CR-6063 (CJS)

　　　　-v-　　　　　　　　　　　　　　**GOVERNMENT'S
　　　　　　　　　　　　　　　　　　　　PROPOSED WITNESS LIST**

TONY KIRIK,
a/k/a Anatoliy Kirik,

　　　　　　　　Defendant.

Pursuant to this Court's pre-trial Order, the Government anticipates that the following individuals may be called as witnesses or mentioned as witnesses during the trial of this case. The government will advise court and counsel as to any changes to the list prior to the selection of the jury.

1. **Amanda Burgess,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about her employment for the defendant.

2. **James Zambito,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about his employment for the defendant.

3. **Wendy Jenco,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about her employment for the defendant.

4. **Jessica Rodriguez,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about her employment for the defendant.

5. **Juan Flores,** Dallas, TX (Special Agent, Federal Motor Carrier Safety Administration) - will testify about his compliance investigation of Dallas Logistics, Inc.

6. **Michael Cerasa,** Buffalo, NY (Special Agent, Federal Motor Carrier Safety Administration) - will testify about his compliance review of Dallas Logistics, Inc.

7. **Joseph Bennett,** Washington, D.C. (Investigator, Federal Motor Carrier Safety Administration) - will testify about the DOT, the FMCSA, the safety review process of DOT carriers and act as a custodian of records.

8. **Ruslan Tyspura,** Rochester, NY (Former "owner" of Columbus Freight) - will testify about his relationship with the defendant and the transfer of Columbus Freight to the defendant.

9. **Bruce Johnson,** Minneapolis Minnesota, (Former C.H. Robinson Employee) - will act as a business records custodian for C.H. Robinson and discuss the contracts between C.H. Robinson and the defendant's various entities.

10. **Cory Fein, Esq.**, Houston, TX (Defendant's Prior Attorney) - may testify, if certified court documents are not stipulated to by the defendant.

11. **Valerie Moore**, Charlotte, NC (North Carolina State Highway Patrol)- will testify about the Safety Audit conducted for Logic, Inc.

12. **James Carlin,** Rochester, NY, (CPA) - will testify about filing taxes for Orange Transportation, Dallas Logistics, and other entities at the request of the defendant.

13. **Pavel Kirik,** Rochester, NY (defendant's brother) - will testify about Logic, Inc., and the other relevant transportation companies.

14. **Yaroslov Kirik,** Rochester, NY (defendant's father) - will testify about the relevant transportation companies and the use of Orange Transportation Services, Inc. and Dallas Logistics Inc. bank accounts.

15. **Lilly Burovskaya,** Rochester, NY – will testify about Coastal Trans, Mile Transport & ABS Transportation.

16. **Dmitriy Burkovskiy,** Rochester, NY – will testify about Coastal Trans, Mile Transport & ABS Transportation.

17. **Galina Kirik,** Rochester, NY (defendant's mother)- will testify that she is listed as the owner/president of Eagle Expediters, Inc.

18. **Tanya Kirik,** Rochester, NY (defendant's wife)- will testify that she is listed as the owner/president of Orange Transportation, Inc.

19. **Alan Roth,** Rochester, NY (Special Agent IRS) - will testify about the forensic examination of the defendant's relevant bank accounts and other records obtained from the defendant's businesses.

DATED:   Rochester, New York; March 28, 2024.

| | |
|---|---|
| TRINI E. ROSS<br>United States Attorney | TRINI E. ROSS<br>United States Attorney |
| s/MELISSA M. MARANGOLA<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614<br>(585) 399-3925<br>melissa.marangola@usdoj.gov | s/RICHARD A. RESNICK<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614<br>(585) 399-3941<br>richard.resnick@usdoj.gov |