UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

---

United States of America

                -vs-                    INDICTMENT NO. 21-CR-6063

TONY KIRIK

        Defendant

---

## AMENDED PROPOSED WITNESS LIST

1. Ruslan Tsyuapura, Rochester, NY-will testify about his relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted charges
2. Yaroslav Kirik, Rochester, NY-will testify about his relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
3. Galina Kirik, Rochester, NY-will testify about her relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
4. Pavel Kirik, Rochester, NY-will testify about his relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
5. Tanya Kirik, Rochester, NY-will testify about her relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
6. Andrey Kirik, Rochester, NY-will testify about his relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
7. Dmitriy Burkovskiy, Rochester, NY-will testify about his relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
8. Liliya Burkovskaya, Rochester, NY-will testify about her relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted

9. Oleg Dimov, Rochester, NY-will testify about his relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
10. Roman Bosak, Rochester, NY-will testify about his relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
11. Irina Bosak, Rochester, NY-will testify about her relationship with the Defendant and his business dealings, about relevant transportation companies and facts and circumstances of the indicted
13. Keith Kloesz, Buffalo, NY- FMCSA agent will testify about audit conducted on Main Street Logistics on September 30, 2020
14. Kellie Wiliams, Rochester, NY- will testify about contacts with Defendant Tony Kirik
15. Martina Corbelli, Rochester, NY-will testify about contacts with Defendant Tony Kirik
16. Kevin Sendre, Chicago, IL- C.H.Robinson employment, will testify to his business and insurance relationships about the facts and circumstances of the indicted charges
17. Yalerie Moore, Charlotte, NC will testify about Safety Audits conducted for Logic, Inc.

Dated: May 7, 2024

/s/ David R. Morabito
David R. Morabito, Sr., Esq.
Attorney for Tony Kirik
117 West Commercial Street
PO Box 187
East Rochester, NY 14445
585-586-5770

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Docket No. 21-CR-6063

AFFIDAVIT OF SERVICE

-VS-

TONY KIRIK
A/K/A ANATOLIY KIRIK,

### CERTIFICATE OF SERVICE

I hereby certify that on May 7 2024 I electronically filed the attached Amended Proposed Witness List with the Clerk of the United States District Court (WDNY) using the CM/ECF system, which sent notification of such filing to the following:

1. Clerk- United States District Court (NDNY)
2. USAG

/s/David R. Morabito, Esq.

David R. Morabito, Esq.
PO Box 187
117 W. Commercial Street
East Rochester, NY 14445
585-586-5770

Sworn to before me this
7th Day of May, 2024

/s/ Colette M. Gagnier

Notary Public
Commission Expires 02/28/26