IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-6063 (CJS) |
| -v- | **AMENDED GOVERNMENT'S PROPOSED WITNESS LIST** |
| TONY KIRIK, a/k/a Anatoliy Kirik, | |
| Defendant. | |

---

Pursuant to this Court's pre-trial Order, the Government anticipates that the following individuals may be called as witnesses or mentioned as witnesses during the trial of this case. The government will advise court and counsel as to any changes to the list prior to the selection of the jury.

1. **Amanda Burgess,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about her employment for the defendant.

2. **James Zambito,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about his employment for the defendant.

3. **Wendy Jenco,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about her employment for the defendant.

4. **Jessica Rodriguez,** Rochester, NY (Former Orange Transportation Services, Inc., Employee) - will testify about her employment for the defendant.

5. **Juan Flores,** Dallas, TX (Special Agent, Federal Motor Carrier Safety Administration) - will testify about his compliance investigation of Dallas Logistics, Inc.

6. **Michael Cerasa,** Buffalo, NY (Special Agent, Federal Motor Carrier Safety Administration) - will testify about his compliance review of Dallas Logistics, Inc.

7. **Joseph Bennett,** Washington, D.C. (Investigator, Federal Motor Carrier Safety Administration) - will testify about the DOT, the FMCSA, the safety review process of DOT carriers and act as a custodian of records.

8. **Ruslan Tsyapura,** Rochester, NY (Former "owner" of Columbus Freight) - will testify about his relationship with the defendant and the transfer of Columbus Freight to the defendant.

9. **Bruce Johnson,** Minneapolis Minnesota, (Former C.H. Robinson Employee) - will act as a business records custodian for C.H. Robinson and discuss the contracts between C.H. Robinson and the defendant's various entities.

10. **Cory Fein, Esq.**, Houston, TX (Defendant's Prior Attorney) - may testify, if certified court documents are not stipulated to by the defendant.

11. **Valerie Moore**, Charlotte, NC (North Carolina State Highway Patrol)- will testify about the Safety Audit conducted for Logic, Inc.

12. **James Carlin,** Rochester, NY, (CPA) - will testify about filing taxes for Orange Transportation, Dallas Logistics, and other entities at the request of the defendant.

13. **Alan Roth,** Rochester, NY (Special Agent IRS) - will testify about the forensic examination of the defendant's relevant bank accounts and other records obtained from the defendant's businesses.

14. **Jason Fernandes**, New Jersey (Special Agent FDA) – will testify as to his participation in the search warrant and work on this case as a Special Agent at the Department of Transportation

15. **Amy Bartek**, Former First Niagara Bank Employee – will testify regarding her communication regarding financial transactions of Dallas Logistics, Inc.

16. **Paul Hohensee**, Former First Niagara Bank Employee – will testify regarding his communication regarding financial transactions of Dallas Logistics, Inc.

17. **Natasha Moodie, Bank of America, N.A.** – will testify to bank records.

18. **Jessica Drexler**, Rochester, NY - (Former Orange Transportation Services, Inc., Employee) - will testify about her employment for the defendant.

19. **JP Morgan Chase Representative** - will testify to bank records.

DATED:	Rochester, New York; May 29, 2024.

TRINI E. ROSS
United States Attorney

s/MELISSA M. MARANGOLA
Assistant United States Attorney
U.S. Attorney's Office
Western District of New York
100 State Street
Rochester, New York 14614
(585) 399-3925
melissa.marangola@usdoj.gov

TRINI E. ROSS
United States Attorney

s/RICHARD A. RESNICK
Assistant United States Attorney
U.S. Attorney's Office
Western District of New York
100 State Street
Rochester, New York 14614
(585) 399-3941
richard.resnick@usdoj.gov